### STATE OF CONNECTICUT *v.* LARRY L. BIGELOW, JR.

The defendant's petition for certification for appeal from the Appellate Court, 120 Conn. App. 632 (AC 29787), is denied.

*Richard E. Condon, Jr.*, assistant public defender, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided June 24, 2010